Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant We Inform, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAMS SULLIVAN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>WE INFORM, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | Civil Action No.: 24-cv-4037<br><br>**DEFENDANT WE INFORM, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant We Inform, LLC in the above-captioned action certifies that We Inform, LLC is a limited liability company which is wholly owned by WEI LLC.  No publicly held corporation owns 10% or more of WEI LLC's stock.

Dated: March 20, 2024                             Respectfully submitted,

                                                    SEYFARTH SHAW LLP

                                                  By: */s/ Robert T. Szyba*
                                                  Robert T. Szyba
                                                  620 Eighth Avenue
                                                  New York, New York 10018
                                                  Telephone: (212) 218-5500
                                                  Facsimile: (212) 218-5526
                                                  rszyba@seyfarth.com

                                                *Attorneys for Defendant We Inform, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, a true and correct copy of DEFENDANT'S CORPORATE DISCLOSURE STATEMENT, was electronically filed with the Clerk of the District Court and served upon counsel for Plaintiffs at the following address of record via FedEx overnight mail, postage prepaid:

Rajiv D. Parikh, Esq.<br>
Kathleen Barnett Einhorn, Esq.<br>
Genova Burns LLC<br>
494 Broad Street<br>
Newark, NJ 07102

<i>/s/ Robert T. Szyba</i><br>
Robert T. Szyba

Dated: March 20, 2024

14728655v.1