Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant We Inform, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>            Plaintiffs,<br><br>   v.<br><br>WE INFORM, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>            Defendants. | Civil Action No.: 2:24-cv-04037<br><br>**L. CIV. R. 6.1(b) CLERK'S EXTENSION** |

Pursuant to Local Civil Rule 6.1(b), Defendant We Inform, LLC ("Defendant"), hereby applies for a Clerk's Order extending the time within which

309969159v.2

it may answer, move, or otherwise reply to the Complaint filed by Plaintiffs by fourteen (14) days and represent that:

1. No previous extension has been obtained;

2. This case was timely removed from the Superior Court of New Jersey, Morris County on March 20, 2024 (ECF No. 1); and

3. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's time to answer, move, or otherwise respond to the Complaint expires on March 27, 2024.

Dated: March 26, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Robert T. Szyba*
Robert T. Szyba
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
rszyba@seyfarth.com

*Attorneys for Defendant We Inform, LLC*

## **ORDER**

The above application is GRANTED. Defendant's time to Answer, Move, or otherwise Reply is extended by fourteen (14) days to April 10, 2024.

_____, Clerk of the
United States District Court
District of New Jersey


By:   _____
                    Deputy Clerk

Dated:        _____, 2024

309969159v.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, a true and correct copy of Defendant's L. Civ. R. 6.1(b) Clerk's Extension, was electronically filed with the Clerk of the District Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Robert T. Szyba*
Robert T. Szyba

Dated: March 26, 2024