Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant We Inform, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WE INFORM, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | Civil Action No.: 1:24-cv-04037-HB<br><br>**STIPULATION AND [PROPOSED] CONSENT ORDER** |

Plaintiffs and Defendant We Inform, LLC ("Defendant"), by and through their respective undersigned counsel, hereby submit this joint stipulation for an extension of time, until May 10, 2024, for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint. In support of this consent order, the parties represent that:

2

1. On March 26, 2024, Defendant filed a L. Civ. R. 6.1(b) Clerk's Extension, setting the time to answer, move or otherwise respond to Plaintiffs' Complaint for April 10, 2024. (ECF No. 4.)

2. Defendant is currently gathering the information necessary to respond to Plaintiffs' Complaint, and requests an additional thirty (30) days to answer, move or otherwise respond, until and including May 10, 2024.

3. There are no status conferences or hearings scheduled that will be affected by this joint stipulation.

4. This joint stipulation is filed in good faith and not for the purpose of causing unwarranted delay.

WHEREFORE, the parties respectfully request that the Court issue an order granting Defendant until May 10, 2024 to answer, move or otherwise respond to Plaintiffs' Complaint.

**DATED:**  April 10, 2024

By: */s/ Rajiv D. Parikh*  
Rajiv D. Parikh  
PEM LAW LLP  
1 Boland Drive, Suite 101  
West Orange, NJ 07052  
Phone: (973) 577-5500  
Email: rparikh@pemlawfirm.com

*Attorneys for Plaintiffs*

By: */s/ Robert T. Szyba*_____  
Robert T. Szyba  
SEYFARTH SHAW LLP  
620 Eighth Avenue, 32nd Floor  
New York, New York 10018  
Phone: (212) 218-5500  
Email: rszyba@seyfarth.com

*Attorneys for Defendant*

SO ORDERED,

This _____ day of _____, 2024

_____  
HON. HARVEY BARTLE III, U.S.D.J.

310186240v.2