UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                              **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4037 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                        v.
WE INFORM, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:

STATUS CONFERENCE HELD

Time  commenced:   2:04  PM                      Time Adjourned: 2:06 PM

Total:  2 min.

s/ *David Bruey*
**DEPUTY CLERK**