# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>  *Plaintiff*   )<br>   v.   )<br>   )<br> <u>We Inform, LLC, et. al.</u>   )<br>   *Defendant*   )  | | Case No. 24-4037 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>  *Plaintiff*   )<br>   v.   )<br>   )<br> <u>Infomatics, LLC, et. al.</u>   )<br>   *Defendant*   )  | | Case No. 24-4041 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>  *Plaintiff*   )<br>   v.   )<br>   )<br> <u>The People Searchers, LLC, et. al.</u>   )<br>   *Defendant*   )  | | Case No. 24-4045 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>  *Plaintiff*   )<br>   v.   )<br>   )<br> <u>DM Group, Inc., et. al.</u>   )<br>   *Defendant*   )  | | Case No. 24-4075 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>  *Plaintiff*   )<br>   v.   )<br>   )<br> <u>Deluxe Corporation, et. al.</u>   )<br>   *Defendant*   )  | | Case No. 24-4080 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Delvepoint, LLC, et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4096 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Quantarium Alliance, LLC, et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4098 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Yardi Systems, Inc., et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4103 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Digital Safety Products, LLC, et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4141 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Cvil Data Research</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>         *Plaintiff* </br>                    v. </br> </br> <u>Scalable Commerce, LLC, et. al.</u> </br>         *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4160 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>         *Plaintiff* </br>                    v. </br> </br> <u>Labels & Lists, Inc., et. al.</u> </br>         *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4174 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>         *Plaintiff* </br>                    v. </br> </br> <u>Innovis Data Solutions Inc., et. al.</u> </br>         *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4176 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>         *Plaintiff* </br>                    v. </br> </br> <u>Accurate Append, Inc., et. al.</u> </br>         *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4178 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>         *Plaintiff* </br>                    v. </br> </br> <u>Zillow, Inc., et. al.</u> </br>         *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4256 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>          )<br>   *Plaintiff*         )<br>    v.          )<br>               )<br><u>Equimine, Inc., et. al.</u>       )<br>   *Defendant*       )  | Case No. 24-4261 |
| <u>Atlas Data Privacy Corporation, et. al.</u>          )<br>   *Plaintiff*          )<br>    v.          )<br>               )<br><u>Melissa Data Corp., et. al.</u>     )<br>   *Defendant*       ) | Case No. 24-4292 |
| <u>Atlas Data Privacy Corporation, et. al.</u>          )<br>   *Plaintiff*          )<br>    v.          )<br>               )<br><u>Restoration of America, et. al.</u>   )<br>   *Defendant*       ) | Case No. 24-4324 |
| <u>Atlas Data Privacy Corporation, et. al.</u>          )<br>   *Plaintiff*          )<br>    v.          )<br>               )<br><u>i360, LLC, et. al.</u>         )<br>   *Defendant*       ) | Case No. 24-4345 |
| <u>Atlas Data Privacy Corporation, et. al.</u>          )<br>   *Plaintiff*          )<br>    v.          )<br>               )<br><u>GoHunt, LLC, et. al.</u>       )<br>   *Defendant*       ) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| <u>Accuzip, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| <u>Synaptix Technology, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| <u>Joy Rockwell Enterprises, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| <u>Fortnoff Financial, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| <u>MyHeritage, Ltd., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| <u>E-merges.com, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| <u>Belles Camp Communications, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| <u>Property Radar Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| <u>The Alesco Group, L.L.C., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| <u>Searchbug, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| <u>Amerilist, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| <u>U.S. Data Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| <u>Smarty, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Compact Information Systems, LLC., et. al. ) <br> *Defendant* ) | Case No. 24-8451 |
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Darkowl, LLC, et. al. ) <br> *Defendant* ) | Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date: 12/5/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*