# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.)<br>*Plaintiff*  )<br>       v.          )<br>                )<br>Delvepoint, LLC, et. al.     )<br>*Defendant* ) | Case No. 24-4096 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.)<br>*Plaintiff*  )<br>       v.          )<br>                )<br>Quantarium Alliance, LLC, et. al.     )<br>*Defendant* ) | Case No. 24-4098 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.)<br>*Plaintiff*  )<br>       v.          )<br>                )<br>Yardi Systems, Inc., et. al.     )<br>*Defendant* ) | Case No. 24-4103 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.)<br>*Plaintiff*  )<br>       v.          )<br>                )<br>Digital Safety Products, LLC, et. al.     )<br>*Defendant* ) | Case No. 24-4141 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.)<br>*Plaintiff*  )<br>       v.          )<br>                )<br>Cvil Data Research     )<br>*Defendant* ) | Case No. 24-4143 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| Scalable Commerce, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| Innovis Data Solutions Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| Accurate Append, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) <br> *Plaintiff*                                                      ) <br>                              v.                             ) <br>                                                                  ) <br> <u>Equimine, Inc., et. al.</u>                                ) <br> *Defendant*                                                ) | Case No. 24-4261 |
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) <br> *Plaintiff*                                                      ) <br>                              v.                             ) <br>                                                                  ) <br> <u>Melissa Data Corp., et. al.</u>                        ) <br> *Defendant*                                                ) | Case No. 24-4292 |
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) <br> *Plaintiff*                                                      ) <br>                              v.                             ) <br>                                                                  ) <br> <u>Restoration of America, et. al.</u>                 ) <br> *Defendant*                                                ) | Case No. 24-4324 |
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) <br> *Plaintiff*                                                      ) <br>                              v.                             ) <br>                                                                  ) <br> <u>i360, LLC, et. al.</u>                                      ) <br> *Defendant*                                                ) | Case No. 24-4345 |
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) <br> *Plaintiff*                                                      ) <br>                              v.                             ) <br>                                                                  ) <br> <u>GoHunt, LLC, et. al.</u>                                ) <br> *Defendant*                                                ) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| <u>Accuzip, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| <u>Synaptix Technology, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| <u>Joy Rockwell Enterprises, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| <u>Fortnoff Financial, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| <u>MyHeritage, Ltd., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br>)<br><u>E-merges.com, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4434 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br>)<br><u>Nuwber, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4609 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br>)<br><u>RocketReach LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4664 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br>)<br><u>Belles Camp Communications, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4949 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br>)<br><u>Property Radar Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-5656 | |
| ) | | |
| <u>The Alesco Group, L.L.C., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-5658 | |
| ) | | |
| <u>Searchbug, Inc., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-5775 | |
| ) | | |
| <u>Amerilist, Inc., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-7324 | |
| ) | | |
| <u>U.S. Data Corporation, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-8075 | |
| ) | | |
| <u>Smarty, LLC, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> <u>Compact Information Systems, LLC., et. al.</u> ) <br> *Defendant* ) | Case No. 24-8451 |
| <u>Atlas Data Privacy Corporation, et. al.</u> ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> <u>Darkowl, LLC, et. al.</u> ) <br> *Defendant* ) | Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date:   <u>12/6/2024</u>

*Patrick J. Misale*
<u>                              </u>
*Attorney's signature*

<u>PATRICK J. MISALE</u>
<u>N.J. Bar No. 401352022</u>
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
<u>Newark, NJ 07101</u>
*Address*

<u>Patrick.Misale@law.njoag.gov</u>
*E-mail address*

<u>609-696-4369</u>
*Telephone number*

<u>973-648-3879</u>
*FAX number*