| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Ron D. Parikh | All | Plaintiffs |
| Adam Shaw | All | Plaintiffs |
| Peter Quinn | 24-8047 | AccuZIP, Inc. (Def.) |
| Bianca Evans | 04-04093 | Quantum |
| Kelly Purcaro | 05656 | Alesco |
| Kelly Purcaro | 05775 | Amerilist |
| Kelly Purcaro | 10600 | Darkowl |
| Kelly Purcaro | 04389 | Jay Rockwell |
| Kelly Purcaro | 05658 | Searchbug |
| Kelly Purcaro | 07334 | USData |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| KEN FRIEDMAN<br>MANATT PHELPS & PHILLIPS LLP | 84-8045 | SMARTY, LLC |
| PATRICIA M ISALI<br>Deputy Attorney General | 24-4037 | NJ Attorney General |
| MATTHEW AIKA<br>LEWIS BRISBOIS BISGAARD & SMITH | 24-4385 | SYNAPTIX TECHNOLOGY, LLC |
| Angelo Stio<br>Mike Schwartz<br>Troutman Pepper | 24-4096  24-5600<br>24-4075  24-4664 | Oxdata  Property Radar<br>Carco  Rocket Reach<br>Delvxe |
| NICOLE KNOYIZIAN<br>STINSON LLC | 24-4345 | 1340 LLC |
| Jared Levy<br>Wood Smith Henning & Berman | 1:24-cv-08457 | Compact Information Systems, LLC,<br>Accudata Integrated Marketing, Inc |
| " | " | Alumni finder, ASL Marketing, Inc,<br>College Brand selection services, Deep Sync Labs |
| " | " | Home data , Student Research Group |
| Andrew Browne<br>Lomurro Law | 1:24-cv-04/60-HB | Scalable Commercial Civil Data Research<br>Digital safety products LLC |
| Omar Masrouf<br>(Riker Danzig) | 24-4292 | Melissa Data Corp. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Michael Berry, Bryan Cave LLP | 24:CV-4269 | Transn Bryan Entities |
| SUDHIR RAO (ZWILLGEN PLLC) | 24-CV-11443 | LIGHTHOUSE LIST COMPANY LLC |
| James W. Scott Jr. WADE CLARK MULCAHY | 24-cv-04096-CCC-ESK | DELVEPOINT, LLC |
| Timothy Ortolani Kaufman Dolowich | 24-cv-11023 | Spy Dialer, Inc. |
| Kevin Reich Gibbons PC | 24-cv-4261 | Equimine Inc. |
| Krista Rose, Buchanan Ingersoll & Rooney PC | 24-cv-04256 / 24-cv-04288 | Zillow, Inc. / Trans Union, LLC |
| JOHN MACDONALD CONSTANGY | | ACCURATE APPEND / RESTORATION FOR AMERICA |
| David Sellinger Greenberg Traurig | 24-4380 | Go Hunt LLC; Go Hunt Management Holdings LLC; Gotham Government Nordross II LLC |
| Tyler Domino Sidley Austin LLP | 24-cv-4392 | MyHeritage Ltd |
| Jason A. Spak Fisher Broyles, LLP | 24-cv-4126 | Innovis Data Solutions Inc. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Tom Cialino | 24-cv-04949 | Belles Camp Communications, Inc. |
| H. Marcia Stickel | 24-cv-4434 | eMerges.com, Inc |
| Ryan J. Cooper | 24-cv-4174 | Labels & Lists |
| Robert J Szyba | 24-cv-4037 4041 4045 | People Searchers, WPInsiders, Infotracers |