Robert T. Szyba
Max A. Scharf
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

*Attorneys for Defendants Infomatics, LLC,
The People Searchers, LLC, and We Inform, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>      Plaintiffs,<br>v.<br>INFOMATICS, LLC, et al.,<br>      Defendants. | Civil Action No.: 1:24-cv-04041-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>      Plaintiffs,<br>v.<br>THE PEOPLE SEARCHERS, LLC, et al.<br>      Defendants. | Civil Action No.: 2:24-cv-04045-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>      Plaintiffs,<br>v.<br>WE INFORM, LLC, et al.,<br>      Defendants. | Civil Action No.: 2:24-cv-04037-HB |

## NOTICE OF MOTION – ORAL ARGUMENT REQUESTED

**PLEASE TAKE NOTICE** that, upon the Supporting Brief in Support of Defendants' Motion to Dismiss the Complaints, the Declarations cited therein, and upon all the pleadings and proceedings, Defendants Infomatics, LLC,

The People Searchers, LLC, and We Inform, LLC, by and through their undersigned counsel, Seyfarth Shaw LLP, will move this Court on April 21, 2025, before the Honorable Harvey Bartle III, United States District Court Judge, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order granting Defendants' Motion to Dismiss the Complaints.

Dated: March 18, 2025                       SEYFARTH SHAW LLP

                                            By: */s/ Robert T. Szyba*
                                                Robert T. Szyba – ID No. 020082009
                                                rszyba@seyfarth.com
                                                Max A. Scharf – ID No. 234072024
                                                mscharf@seyfarth.com
                                                620 Eighth Avenue
                                                New York, New York  10018
                                                Telephone:  (212) 218-5500
                                                Facsimile:  (212) 218-5526

                                            *Attorneys for Defendants Infomatics, LLC,*
                                            *The People Searchers, LLC, and We Inform, LLC*