UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>WE INFORM, LLC, et al.,<br><br>         Defendants. | Civil Action No.: 2:24-cv-04037-HB |

## DECLARATION OF MARK CHIN

I, Mark Chin, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and make this Declaration based upon my personal knowledge of the facts set forth below. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am the Managing Member of We Inform, LLC ("We Inform") and have held that position since 6/12/2020. I have been employed at We Inform since 6/12/2020.

3. We Inform searches public records in order to provide comprehensive reports via the Internet on millions of individuals across the country.

4. We Inform is not organized in New Jersey. It is organized under the laws of Florida.

5. We Inform is not registered to do business in New Jersey. It is registered to do business in Florida and Oregon.

6. We Inform does not have its principal place of business in New Jersey.

7. We Inform does not have any offices in New Jersey.

8. We Inform does not have any real property in New Jersey.

9. We Inform does not have any employees who work in New Jersey.

10. We Inform does not have any employees who reside in New Jersey.

11. We Inform does not offer any products specifically designed for New Jersey residents.

12. As of December 23, 2024, We Inform has provided reports to 23,286 customers, only 302 of which reside in New Jersey.

13. As of December 23, 2024, We Inform offered the reports of 42,065,494 individuals, only 305,193 of which resided in New Jersey.

***

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 14 day of March, 2025.

_____
Mark Chin