UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br>　　　　Plaintiffs,<br>　v.<br>INFOMATICS, LLC, et al.,<br>　　　　Defendants. | Civil Action No.: 1:24-cv-04041-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br>　　　　Plaintiffs,<br>　v.<br>THE PEOPLE SEARCHERS, LLC, et al.<br>　　　　Defendants. | Civil Action No.: 2:24-cv-04045-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br>　　　　Plaintiffs,<br>　v.<br>WE INFORM, LLC, et al.,<br>　　　　Defendants. | Civil Action No.: 2:24-cv-04037-HB |

**[PROPOSED] ORDER**

Before the Court is the Motion to Dismiss the Complaints of Defendants Infomatics, LLC, The People Searchers, LLC, and We Inform, LLC. Having considered the parties' submissions, and for the reasons stated in the Court's accompanying Opinion,

IT IS on this ___ day of _____, 2025, ORDERED that Defendants' Motion to Dismiss the Complaints is GRANTED.

_____
HON. HARVEY BARTLE III, U.S.D.J.

316741488v.1