**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

March 18, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 1
Camden, New Jersey 08101

> **Re:** **Atlas Data Privacy Corp., et al v. We Inform, LLC et al.,**
> **No. 2:24-cv-04037-HB (D.N.J.),**
> **Joinder in Defendants' Consolidated Motion to Dismiss**

Dear Judge Bartle:

    This firm represents Defendant We Inform, LLC in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6) which was filed today under ECF No. 59 in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.*, Civil Action No. 1:24-cv-04075-HB.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Robert T. Szyba*


Robert T. Szyba

311677434v.1