# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Delvepoint, LLC, et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4096 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Quantarium Alliance, LLC, et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4098 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Yardi Systems, Inc., et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4103 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Digital Safety Products, LLC, et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4141 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Cvil Data Research<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| <u>Scalable Commerce, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| <u>Labels & Lists, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| <u>Accurate Append, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| <u>Zillow, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>            )<br>*Plaintiff*                                                               )<br>                          v.                                              )<br>                                                                              )<br><u>Equimine, Inc., et. al.</u>                                       )<br>*Defendant*                                                          ) | Case No. 24-4261 |
| <u>Atlas Data Privacy Corporation, et. al.</u>            )<br>*Plaintiff*                                                               )<br>                          v.                                              )<br>                                                                              )<br><u>Melissa Data Corp., et. al.</u>                              )<br>*Defendant*                                                          ) | Case No. 24-4292 |
| <u>Atlas Data Privacy Corporation, et. al.</u>            )<br>*Plaintiff*                                                               )<br>                          v.                                              )<br>                                                                              )<br><u>Restoration of America, et. al.</u>                        )<br>*Defendant*                                                          ) | Case No. 24-4324 |
| <u>Atlas Data Privacy Corporation, et. al.</u>            )<br>*Plaintiff*                                                               )<br>                          v.                                              )<br>                                                                              )<br><u>i360, LLC, et. al.</u>                                            )<br>*Defendant*                                                          ) | Case No. 24-4345 |
| <u>Atlas Data Privacy Corporation, et. al.</u>            )<br>*Plaintiff*                                                               )<br>                          v.                                              )<br>                                                                              )<br><u>GoHunt, LLC, et. al.</u>                                       )<br>*Defendant*                                                          ) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>      *Plaintiff*                                   )<br>             v.                           )<br>                                          )<br><u>Accuzip, Inc., et. al.</u>                  )<br>      *Defendant*                       ) | Case No. 24-4383 |

 

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>     *Plaintiff*                                )<br>          v.                          )<br>                                         )<br><u>Synaptix Technology, LLC, et. al.</u>      )<br>     *Defendant*                       ) | Case No. 24-4385 |

 

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>     *Plaintiff*                                )<br>          v.                          )<br>                                         )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>    )<br>     *Defendant*                       ) | Case No. 24-4389 |

 

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>     *Plaintiff*                                )<br>          v.                          )<br>                                         )<br><u>Fortnoff Financial, LLC, et. al.</u>        )<br>     *Defendant*                       ) | Case No. 24-4390 |

 

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    )<br>     *Plaintiff*                                )<br>          v.                          )<br>                                         )<br><u>MyHeritage, Ltd., et. al.</u>            )<br>     *Defendant*                       ) | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| <u>E-merges.com, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| <u>Belles Camp Communications, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| <u>Property Radar Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>The Alesco Group, L.L.C., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5656 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Searchbug, Inc., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5658 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Amerilist, Inc., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5775 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>U.S. Data Corporation, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-7324 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Smarty, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-8075 |

|  |  |  |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date:   <u>6/11/2025</u>

<u>                                </u>
*Attorney's signature*

<u>KATHLEEN C. RILEY
N.J. Bar No. 307982019</u>
*Printed name and bar number*

<u>New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101</u>
*Address*

<u>KATHLEEN.RILEY@LAW.NJOAG.GOV</u>
*E-mail address*

<u>973-648-2052</u>
*Telephone number*

<u>973-648-3879</u>
*FAX number*