# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al._ ) | | |
|    *Plaintiff* ) | | |
|       v. ) | Case No. 24-4096 | |
| ) | | |
| Delvepoint, LLC, et. al._ ) | | |
|    *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al._ ) | | |
|    *Plaintiff* ) | | |
|       v. ) | Case No. 24-4098 | |
| ) | | |
| Quantarium Alliance, LLC, et. al._ ) | | |
|    *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al._ ) | | |
|    *Plaintiff* ) | | |
|       v. ) | Case No. 24-4103 | |
| ) | | |
| Yardi Systems, Inc., et. al._ ) | | |
|    *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al._ ) | | |
|    *Plaintiff* ) | | |
|       v. ) | Case No. 24-4141 | |
| ) | | |
| Digital Safety Products, LLC, et. al._ ) | | |
|    *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al._ ) | | |
|    *Plaintiff* ) | | |
|       v. ) | Case No. 24-4143 | |
| ) | | |
| Cvil Data Research_ ) | | |
|    *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| Scalable Commerce, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| Innovis Data Solutions Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| Accurate Append, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>　　　*Plaintiff*　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>Equimine, Inc., et. al.　　　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　) | Case No. 24-4261 |
| Atlas Data Privacy Corporation, et. al.  )<br>　　　*Plaintiff*　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>Melissa Data Corp., et. al.　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　) | Case No. 24-4292 |
| Atlas Data Privacy Corporation, et. al.  )<br>　　　*Plaintiff*　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>Restoration of America, et. al.　　　　　)<br>　　　*Defendant*　　　　　　　　　　　) | Case No. 24-4324 |
| Atlas Data Privacy Corporation, et. al.  )<br>　　　*Plaintiff*　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>i360, LLC, et. al.　　　　　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　) | Case No. 24-4345 |
| Atlas Data Privacy Corporation, et. al.  )<br>　　　*Plaintiff*　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>GoHunt, LLC, et. al.　　　　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| <u>Accuzip, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| <u>Synaptix Technology, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| <u>Joy Rockwell Enterprises, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| <u>Fortnoff Financial, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| <u>MyHeritage, Ltd., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| <u>E-merges.com, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| <u>Belles Camp Communications, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| <u>Property Radar Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| The Alesco Group, L.L.C., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| Searchbug, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| Amerilist, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| U.S. Data Corporation, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| Smarty, LLC, et. al. | ) | |
| *Defendant* | ) | |

|  |  |  |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: 6/11/2025

*Attorney's signature* — *Kathleen C Riley*

KATHLEEN C. RILEY
N.J. Bar No. 307982019
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KATHLEEN.RILEY@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*