# PLAINTIFFS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| RAJ PARIKH | ALL (PEM LAW LLP) | Plaintiffs |
| ADAM SHAW | ALL (Boies Schiller Flexner) | Plaintiffs |
| John Yanchunis | ALL (Morgan & Morgan) | Plaintiffs |
| Eric Palmer | ALL (Boies Schiller Flexner) | Plaintiffs |
| [illegible] | | |
| H. MARK Stichel | 24-c-4434 | eMerges.com |
| | | |
| | | |
| | | |
| | | |

# DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Angelo Stio / Mike Schwartz / Tim St. George | 1:24-cv-04075, 4065, 0480, 5600 | Deluxe Corp. / Property Radar, Rocket Reach, DM Group |
| Marcel Pratt | 24-4269 | West Publishing Corp., TREC |
| Samantha Southall | 24-4256 | Zillow Group Zillow |
| JOHN MACDONALD | RESTORATION ACCURATE APPEND GREASOFT303, LLC | ⇒ |
| Tom Cialino | 1:24-cv-04949-HB | Belles Camp Communications, Inc. |
| Brian Deenay | 1:24-cv-4385 | Synaptix Technology, LLC |
| Sudhir Rao | 1:24-cv-11443 | Lighthouse List Co., LLC |
| Aaron VanNostrand | 25-8617 | Brooks Integrated Marketing |
| " " | 24-4380 | GoHunt |
| Phil Yannella | 24-4949 | Belles Camp Comm. Inc. |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Robert T Szyba | 24-cv-4037 / " " 41 / 45 | Atlas v. We Inform / Infomatics / The People searchers |
| John E. Brigandi | 25-cv-237 | Atlas v. Peoplewhiz |
| Taylor E. Cerwinski | 24-cv-04075 HB / -08451 | Atlas v. Compact Info Systems; Accudata Integrated marketing, Alumnifinder, ASL marketing, Collegebound Selection Services, DeepSync Labs, Homedata + Student Research Group |
| Bianca Evans | 25-cv-01535 | IWS |
| " | 24-cv-4098 | Quantarium |
| Kelly Purcaro | 05656 | Alesco |
| " " | 04383 | Accuzip |
| " " | 05775 | Amerilist |
| " " | 07324 | US Data |
| " " | 04389 | Joy Rockwell |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Kelly Purcaro | 05658 | Searchbug |
| Kelly Purcaro | 10600 | DarkOwL |
| Kelly Purcaro | 07650 | TrueSoftware Scand. A/B |
| Kelly Purcaro | 06863 | REDX |
| Richard Lomuscio | 24-cv-4345 | i360, LLC |
| Omar Marouf | 24-cv-4292 | Melissa Data Corp. |
| Kevin Reich | 24-cv-4261 | Equimine Inc |
| Andrew Broome | 24-cv-04160<br>04143<br>04141 | Scalable Commerce<br>Digital Safety<br>Civil Data Research ✓ |
| Timothy Ortolani | 24-cv-11023 | Spy Dialer, Inc. |
| Aaron Bender | 25-cv-09963 | Sterling |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Jason A. Spak | 1:24-cv-04176 | Innovis |
| Jared M. Wichnovitz | 1:25-cv-01517 | Greenflight Venture Corp. |
| Brian T. Nose | 1:24-cv-4056 | DSCVE Point, LLC |
| Kevin J Mangan | 1:25-5989 | PublicNSA, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Intervenors

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kathleen C. Riley | all dockets 24-4041, 24-3075, 24-4037, | New Jersey Attorney General |
| | see Dkt. 24-4037 ECF61 for list | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |