# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Scalable Commerce, LLC, et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4160 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Labels & Lists, Inc., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4174 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Innovis Data Solutions Inc., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4176 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Accurate Append, Inc., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4178 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Zillow, Inc., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-4256 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*                                    ) | | |
| v.                                             ) | Case No. 24-4261 | |
|                                                ) | | |
| <u>Equimine, Inc., et. al.</u>                  ) | | |
| *Defendant*                                    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*                                    ) | | |
| v.                                             ) | Case No. 24-4292 | |
|                                                ) | | |
| <u>Melissa Data Corp., et. al.</u>              ) | | |
| *Defendant*                                    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*                                    ) | | |
| v.                                             ) | Case No. 24-4324 | |
|                                                ) | | |
| <u>Restoration of America, et. al.</u>          ) | | |
| *Defendant*                                    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*                                    ) | | |
| v.                                             ) | Case No. 24-4345 | |
|                                                ) | | |
| <u>i360, LLC, et. al.</u>                       ) | | |
| *Defendant*                                    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*                                    ) | | |
| v.                                             ) | Case No. 24-4380 | |
|                                                ) | | |
| <u>GoHunt, LLC, et. al.</u>                     ) | | |
| *Defendant*                                    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br> )<br><u>Accuzip, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4383 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br> )<br><u>Synaptix Technology, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4385 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br> )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4389 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br> )<br><u>Fortnoff Financial, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4390 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>    v. )<br> )<br><u>MyHeritage, Ltd., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4392 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>　　*Plaintiff*　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>E-merges.com, Inc., et. al.　　　　　)<br>　　*Defendant*　　　　　　　　　　) | Case No. 24-4434 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>　　*Plaintiff*　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>Nuwber, Inc., et. al.　　　　　　　　)<br>　　*Defendant*　　　　　　　　　　) | Case No. 24-4609 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>　　*Plaintiff*　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>RocketReach LLC, et. al.　　　　　)<br>　　*Defendant*　　　　　　　　　　) | Case No. 24-4664 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>　　*Plaintiff*　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>Belles Camp Communications, Inc., et. al. )<br>　　*Defendant*　　　　　　　　　　) | Case No. 24-4949 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>　　*Plaintiff*　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>Property Radar Inc., et. al.　　　　　)<br>　　*Defendant*　　　　　　　　　　) | Case No. 24-5600 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-5656 |
| ) | |
| The Alesco Group, L.L.C., et. al. ) | |
| *Defendant* ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-5658 |
| ) | |
| Searchbug, Inc., et. al. ) | |
| *Defendant* ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-5775 |
| ) | |
| Amerilist, Inc., et. al. ) | |
| *Defendant* ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-7324 |
| ) | |
| U.S. Data Corporation, et. al. ) | |
| *Defendant* ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-8075 |
| ) | |
| Smarty, LLC, et. al. ) | |
| *Defendant* ) | |

|   |   |   |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## **APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: 7/14/2025

*/s/ Liza B. Fleming*

*Attorney's signature*

LIZA B. FLEMING
N.J. Bar No. 441912023
*Printed name and bar number*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625
*Address*

LIZA.FLEMING@NJOAG.GOV
*E-mail address*

862-350-5800
*Telephone number*

609-292-3508
*FAX number*