UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   August 11, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   JOHN KURZ

**TITLE OF CASE:**   **DOCKET NO.:** 24-4037 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
WE INFORM, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   MOTION HEARING

Hearing on [45] Motion to Dismiss held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:00a.m.   Time Adjourned: 10:21a.m.   Total Time in Court: 0:21