Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

*Attorneys for Defendants Infomatics, LLC,*
*The People Searchers, LLC, and We Inform, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>INFOMATICS, LLC, et al.,<br>          Defendants. | Case No. 1:24-cv-04041-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE PEOPLE SEARCHERS, LLC, et al.<br>          Defendants. | Case No. 1:24-cv-04045-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>WE INFORM, LLC, et al.,<br>          Defendants. | Case No. 1:24-cv-04037-HB |

## NOTICE OF WITHDRAWAL OF
## MOTION TO DISMISS BASED ON FED. R. CIV. P. 12(b)(2)

**PLEASE TAKE NOTICE** that Defendants hereby withdraw their Motion

to Dismiss for lack of personal jurisdiction (general and specific) under Federal

Rule of Civil Procedure 12(b)(2), filed on the respective dockets referenced above as follows:

- 1:24-cv-4037 ………. ECF No. 45
- 1:24-cv-4041 ………. ECF No. 46
- 1:24-cv-4045 ………. ECF No. 44

Accordingly, in light of Defendants' withdrawal of the aforementioned motions, any and all outstanding deadlines and obligations related to further briefing, personal jurisdiction discovery (incl. this Court's August 13, 2025 Order), and other proceedings related to this motion and arguments are effectively rendered moot and can be removed from the respective dockets.

Dated: August 27, 2025                    SEYFARTH SHAW LLP


By: *s/ Robert T. Szyba*
Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
rszyba@seyfarth.com

*Attorneys for Defendants Infomatics, LLC,*
*The People Searchers, LLC, and We Inform, LLC*

2