UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: May 19, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kori DiMattia

**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4037 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
WE INFORM, LLC., et al

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:  STATUS CONFERENCE**

Status Conference held on the record.

Time Commenced: 10:00 a.m.
Time Adjourned:    10:02 a.m.
Total Time: 2 Minutes

                                        s/ Ivannya Fitzgerald
                                            Deputy Clerk