Case 1:24-cv-04037-HB    Document 103-1    Filed 05/19/26    Page 1 of 5 PageID: 2595

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Elizabeth Wingfield | 24-04269 | Thomson Reuters |
| Rebecca McCusker | 24-4098 25-1535 | Quantarium Alliance, Group innovative web solutions |
| Caroline Nelson | 24-4096 | Delrepoint, LLC |
| Omar Marouf | 24-CU-4292 | Melissa Data Corp. |
| Emily Whitely | 24-08075 | smarty, LLC |
| Angolo Stio - Troutman Pepper | 24-04080 24-04075 | |
| Melissa Choderewicz | 24-05600 24-04664 24-04176 | |
| Jared Levy | 25-1590 | Compact Information Systems, LLC, Accudata Integrated Marketing, Inc |
| " | " | Alumnifinder, A S Marketing, Inc College Bound Selection Services, Deepsync Labs, |
| " | " | Homedata, and Student Research Group |
| Michael Berry | 24-04269 | Thomson Reuters (Defendant) |
| Brian Deeney | 24-04385 | Synaptix Technology, LLC |

Case 1:24-cv-04037-HB    Document 103-1    Filed 05/19/26    Page 2 of 5 PageID: 2596

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Jordan O'Donnell | 1:25-CV-05989 | PublicNSA, LLC |
| Lori Armstrong Halber | 1:24-cv-04178 | Accurate Append |
| ↓ | 1:24-cv-04324 | Restoration of America |
| | 1:25-cv-09224 | Freedomsoft 303 |
| Hannah Scionti | 1:24-cv-4160 | 1. Scalable Commerce  2. National Data Analytics |
| | 1:24-cv-4141 | Digital Safety Products |
| ↓ | 1:24-cv-4143 | Civil Data Research |
| Kathleen Ritey | — | New Jersey Attorney General's office |
| Julia Livingston | | PEM Law LLP |
| Ryan J. Cooper | 24-4174 | Cooper LLC  Labels & Lists, Inc. |
| David Murphy | 1:25-cv-9963 | Sterling Data Co. LLC |
| | | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Kelly Porcaro | CV-04389 | Soy Rockwell |
| Kelly Porcaro | CV-04383 | AccuZip |
| Kelly Porcaro | CV-12137 | AGR Marketing |
| Kelly Porcaro | CV-05656 | Alesco |
| Kelly Porcaro | CV-05775 | Amerilist |
| Kelly Porcaro | CV-10600 | DarkOwl |
| Kelly Porcaro | CV-06863 | REDX |
| Kelly Porcaro | CV-05688 | Searchbug |
| Kelly Porcaro | CV-07324 | US Data |
| | | |
| | | |
| | | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Krista Rose | 24-4256 | Zillow, Inc. |
| Joshua Elias | 24-4261 | Equimine Inc |
| Timothy Ortolani | 24-11023 | Spy Dialer, Inc. |
| Adam Shaw | All cases | TTS Atlas et al. |
| Segev D. Konik | 24-4609 | Nuwber |
| Alfred Burnett (Brunetti) | several | Label-List (+others) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |