Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

November 3, 2026

**VIA CM/ECF**

Hon. Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 1
Camden, New Jersey 08101

**Re: Atlas Data Privacy Corp., et al v. We Inform, LLC et al., No. 1:24-cv-04037-HB (D.N.J.);**

**Re: Atlas Data Privacy Corp., et al v. Infomatics, LLC et al., No. 1:24-cv-04041-HB (D.N.J.); &**

**Re: Atlas Data Privacy Corp., et al v. The People Searchers, LLC et al., No. 1:24-cv-04045-HB (D.N.J.).**

Dear Judge Bartle:

This Firm represents We Inform, LLC, Infomatics, LLC, and The People Searchers, LLC ("Defendants") in the respective above-referenced matters. Pursuant to Par. 10 of this Court's Order dated September 9, 2026 (*see, e.g.*, ECF No. 125 on Case No. 24-cv-4609), which provides that "The parties may not stipulate or agree to any extensions of time without approval of the court" to certain discovery deadlines, we write to respectfully and in good faith request a three-day extension of Defendants' deadline of Nov. 3, 2026 to respond to Plaintiffs' interrogatories and requests for documents, until and through Friday, Nov. 6, 2026. In light of the volume of discovery being requested by Plaintiffs and the efforts that have been required to collect and review the potential responses, Defendants require the three additional days in order to complete their efforts toward responding to Plaintiffs' requests. We have been advised that Plaintiffs' consent to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

cc: All Counsel of Record